JAMES WENDT
Law Offices of James Alan Wendt
425 G Street, Suite 610
Anchorage, Alaska 99501
(907) 258-9100
Facsimile: (907) 258-7329
Email: jawlaw@ak.net

Attorney for Defendant Haylee Hays

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:12-cr-00074-07(RRB)(DMS) |
| vs. ) | |
| ) | **DEFENDANT'S SENTENCING** |
| HAYLEE HAYS ) | **MEMORANDUM** |
| ) | |
| Defendants ) | |
| _____) | |

COMES NOW the defendant, HAYLEE HAYS, by and through counsel, James Wendt, and sets forth factors of which the court should be aware prior to imposing a sentence that is sufficient but not greater than necessary as set forth in 18 U.S.C. 3553(a)[1].

---

[1] 18 U.S.C. 3553 (a) states in pertinent part:
(a) Factors To Be Considered in Imposing a Sentence. — The court shall impose a sentence sufficient, **but not greater than necessary**, to comply with the purposes set forth in paragraph (2) of this subsection. The court, in determining the particular sentence to be imposed, shall consider—
….
(2) the need for the sentence imposed—
(A) to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense;
(B) to afford adequate deterrence to criminal conduct;
(C) to protect the public from further crimes of the defendant; and
(D) to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner [.]

(emphasis added)

# I. DISAGREEMENTS WITH THE PRE-SENTENCE REPORT

Defendant has no objections to the presentence report that have not been addressed to her satisfaction.

# II. SENTENCING GUIDELINE RANGE

**The sentencing guideline range of 10 to 16 months is unreasonable in this instance**

A Total Offense Level of 12 with a criminal history level I results in a guideline range of 10 to 16 months. Applying the 3553 factors to this case results in the guideline range being unreasonable.

## History and characteristics of the defendant

The defendant has no prior criminal record. She has no record of arrests or criminal justice contacts.[2] She has a good employment record though she was terminated from her last job under the pretense of a report of sleeping on the job.[3] The defendant sought employment after her termination and is currently employed at Aerie. Since her arraignment in December, Haylee Hays has been on bail and required to report to probation and to submit to frequent testing for the presence of controlled substances. She has abided by the requirements imposed upon her by probation without any noted problems and she has submitted to all required testing for controlled substances without any detection of drugs in her

---

[2] Presentence Report, ¶ 84.
[3] Id. at ¶ 95. It should be noted that the defendant was terminated from her job the day after she was indicted (Dkt 67). It is clear she was terminated because of these charges.

system. Her testing for controlled substances was weekly for the first few months and since then has been every two or three weeks.

Though having been troubled as a result of her parents' divorce when she was 8 or 9 years old[4] the defendant led a life free from any involvement with crime prior to the instant offense and has been a model defendant both in respect to her court appearances and her relationship with probation.

### Nature and circumstances of the offense

Haylee Hays was involved with a single transaction of wiring $500 to China at the behest of Robin Gattis[5]. That's it. She does not deny that she was involved with the use of a controlled substance though she is not facing sentencing for such use and she has sworn off any use of the substance in question now that she is fully aware of the danger it poses.

### Need for the sentence to be imposed

Given the defendant's history and characteristics including her employment history and lack of any prior criminal involvement, it is respectfully suggested that Haylee Hays would best fit into a guideline range in the Zone A section allowing a sentence of 0 to 6 months. Clearly she does not need a sentence of confinement. The defendant was at the periphery of this group. Of all six defendants, Haylee Hays was the least involved. She has been deterred simply by going through the ordeal of facing a federal felony charge and the public need not fear of any further criminal involvement from this defendant.

---

[4] Id. at ¶¶ 87 and 88.

**Sentences of co-defendants**

To date, only Bren Marx has been sentence. Mr. Marx was sentenced to 5 years probations with a condition of his probation that he participates in a home confinement program for a period of six months.[6] Haylee differs from Mr. Marx both in her history and characteristics and her involvement in the offense.

First, Haylee Hays has no criminal history or any arrest history. Mr. Marx was a criminal history category III (though it appears he was treated as a criminal History category II).[7]

Second, Mr. Marx lived with Robin Gattis, the head of the conspiracy and the primary individual responsible for the importation and distribution of the drug at issue. Haylee Hays had little to do with Robin Gattis and was involved with him solely because her boyfriend is Robin Gattis' brother.

Third, Mr. Marx was under bail conditions for approximately four months prior to his sentencing and placement on probation. Haylee Hays has been under bail condition for nine months. The sole reason for Haylee Hays to have remained under the authority of probation while on bail for so long is because the government requested that her sentencing be delayed while other defendants were pending trial. Ms. Hays agreed to this delay tough it

---

[5] Dkt 67, Paragraph 21.
[6] Dkt 196.
[7] Dkt 178, Defendant Marx's Sentencing memorandum, p. 2.

required her to remain in limbo and to continue with drug screening and other bail release requirements.

The sentence imposed on Haylee Hays should reflect her lesser involvement as well as her complete lack of prior criminal involvement.

## **Conclusion**

The defense respectfully asks that the court impose a reduced period of probation to reflect the 3553 factors and that the defendant not be subject to period of home confinement as her lengthy period of release on bail makes such confinement unnecessary/

DATED at Anchorage, Alaska this 20th day of September, 2013.

LAW OFFICES OF JAMES ALAN WENDT

__/s/ James Wendt_____

I hereby certify that on September 20, 2013 a copy of
foregoing Defendant's Sentencing Memorandum was served
electronically on:

All attorneys of record

DATED at Anchorage, Alaska this 20 day of September, 2013.

LAW OFFICES OF JAMES ALAN WENDT

__/s/ James Wendt_____

United States v. Hays
Defendant's Sentencing Memorandum
3:12-cr-00074(RRB)(DMS)
Page 5 of 5
Case 3:12-cr-00074-RRB   Document 255   Filed 09/20/13   Page 5 of 5